**IT IS ORDERED as set forth below:**

Date: March 25, 2011

_____
**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 7 |
| MARCIA CHACON, | ) | |
| | ) | CASE NO. 11-53279-MHM |
| DEBTOR. | ) | |
| DONALD F. WALTON, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| V. | ) | CONTESTED MATTER |
| | ) | |
| MARCIA CHACON, | ) | |
| | ) | |
| RESPONDENT. | ) | |

**DISMISSAL ORDER**

On February 1, 2011, Debtor filed this chapter 7 case *pro se*. On March 23, 2011, the United States Trustee filed a motion to dismiss this case pursuant to General Order No. 5-2006 [Docket No. 16] because Debtor failed to file information required by §521(a)(1)(B),

specifically:

- schedule of assets and liabilities (§521(a)(1)(B)(i));

- schedule of current income and current expenditures (§521(a)(1)(B)(ii));

- statement of financial affairs (§521(a)(1)(B)(iii));

- copies of payment advices (§521(a)(1)(B)(iv));

- statement of monthly net income (§521(a)(1)(B)(v)); and

- statement of reasonably anticipated increase in income (§521(a)(1)(B)(vi)).

Under §521(i), Debtor's failure to file information required by §521(a)(1)(B) resulted in the automatic dismissal of this case, effective March 19, 2011. Accordingly, it is hereby

ORDERED that, as Debtor's failure to comply with 11 U.S.C. §521(a)(1) subjects this case to automatic dismissal under §521(i), this case is *dismissed*.

The Clerk, United States Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee, the United States Trustee, and all creditors and parties in interest.

[END OF DOCUMENT]

Prepared by:
/s/
R. Jeneane Treace
Georgia Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, Georgia  30303
Tel: (404)-331-4437
Fax: (404) 331-4464
jeneane.treace@usdoj.gov