**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| MARCIA CHACON, ) | CASE NO. 11-53279-MHM |
| ) | |
| Debtor. ) | |
| ) | |
| -------------------------------- ) | -------------------------------- |
| ) | |
| U.S. BANK, N.A. FOR ITSELF, ) | |
| ITS SUCCESSORS IN INTEREST ) | |
| AND ASSIGNS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | CONTESTED MATTER |
| MARCIA CHACON, and BARBARA ) | |
| B. STALZER, as Trustee, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| ) | |

**ORDER**

This matter arose upon the Motion for Relief From Stay of 11 U.S.C. § 362 filed by Movant, who contends it is the holder of a Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 178 Kettlewood Drive, Lilburn, GA 30047, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for March 29, 2011, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest. No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is

modified to allow Movant, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral; provided, however that all foreclosure sale proceeds which exceed Movant's lawful claim shall be remitted to the Trustee promptly.

ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

IT IS SO ORDERED, this the __31st__ day of ____MARCH____, 2011.

_____
MARGARET H. MURPHY
**UNITED STATES BANKRUPTCY JUDGE**

PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP
BY:/s/Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342
(404) 231-4567

**Barrett, Daffin & Frappier, LLP**
15000 Surveyor Boulevard
Suite 100
Addison, Texas 75001

**PARTIES TO BE SERVED**

Marcia Chacon
178 Kettlewood Dr
Lilburn, Georgia 30047

Marcia Chacon, Pro Se
178 Kettlewood Dr
Lilburn, Georgia 30047

Barbara B. Stalzer, Esq.
60 Lenox Pointe NE
Atlanta, GA 30324-3170

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA  30342